UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by LOUIS A. PICANI, JOSEPH SANSONE, DOMINICK CASSANELLI, JR., ROGER TARANTO, ROSS PEPE, JEFFERY ISAACS, JOHN T. COONEY, JR., and SIMONE ALMEIDA as Trustees and fiduciaries of the Funds, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> PCI INDUSTRIES CORP. & ROBERT PERSICO, <br><br> Defendants. | 25-CV-10093 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due March 3, 2026, and the initial pretrial conference scheduled for March 10, 2026, are adjourned *sine die*. *See* ECF No. 8. IT IS FURTHER ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than January 29, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 15, 2026
White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge