UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Teamsters Local 456 Pension, Health & Welfare, Annuity,
Education & Training, Industry Advancement,
and Legal Services Funds et al**,

                              Plaintiffs,

           -against-

**PCI Industries Corp. et al.,**

                          Defendant.

---------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/20/2026**

**ORDER RE STATUS CONFERENCE**

*7:25-cv-10093 JGLC-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **March 31, 2026 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

     **SO ORDERED.**

DATED:     White Plains, New York
             March 20, 2026

                                 _____
                                 VICTORIA REZNIK
                                 United States Magistrate Judge