USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/14/2026 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**Teamsters Local 456 Pension, Health & Welfare, Annuity,
 Education & Training, Industry Advancement,
 and Legal Services Funds et al**

                                Plaintiffs,

              -against-

**Saltarelli Industries, Inc. et al**

                                Defendant.

-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**Teamsters Local 456 Pension, Health & Welfare, Annuity,
 Education & Training, Industry Advancement,
 and Legal Services Funds et al**

                                Plaintiffs,

              -against-

**PCI Industries Corp. et al**

                                Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:25 cv 10042*

*7:25 cv 10093*

**VICTORIA REZNIK, United States Magistrate Judge:**

         A Status Conference (via telephone) is hereby scheduled for **May 26, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.

         **SO ORDERED.**

DATED:      White Plains, New York
              May 14, 2026

                                          _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge